George L. BENOIT;  Nancy Benoit, Petitioners–Appellants,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent–Appellee.

No. 02–72713.
T.C. No. 4071–02.

United States Court of Appeals, Ninth Circuit.

Submitted May 12, 2003.*

Decided May 16, 2003.

---

is the proper respondent. The Clerk shall amend the docket to reflect the above caption.

** This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2). Appellants' request for oral argument is denied.

Before PREGERSON, REINHARDT and GRABER, Circuit Judges.

MEMORANDUM **

George and Nancy Benoit appeal pro se the decision of the Tax Court which dismissed their petition for redetermination of federal income taxes for tax year 1998. We affirm for the reasons stated in the Tax Court's Oral Bench Opinion, issued on June 26, 2002.

AFFIRMED.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

